# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| KETWON WESTMORELAND, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-88 |
| v. | |
| MARTY ALLEN, Warden/Superintendent; and MR. PINEIRO, Deputy Warden of Care and Treatment, | |
| Defendants. | |

## O R D E R

After a careful, *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 24). Plaintiff filed objections to the Report and Recommendation, (doc. 27).

The Court finds Plaintiff's objections unavailing. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's second amended complaint for failure to state a claim upon which relief may be granted, (doc. no. 22), **DENIES** Plaintiff's Motion for Competence Test, (doc. no. 4), **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA