AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KETWON WESTMORELAND,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 6:19-cv-88

MARTY ALLEN, Warden/Superintendent; and MR. PINEIRO, Deputy Warden of Care and Treatment

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order dated April 24, 2020, adopting the Magistrate Judge's

Report and Recommendation as the opinion of the Court, judgment is entered overruling Plaintiff's

objections, dismissing Plaintiff's second amended complaint, and denying Plaintiff leave to appeal in

forma pauperis.   This case stands closed.

Approved by: _____

April 24, 2020
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03